# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:13-MC-00044-MOC-DSC

| | |
|---|---|
| IN RE SUBPOENA TO ALSTON & BIRD, LLP | ) ) ) ) **ORDER** ) ) ) ) ) |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [as to Jonathan G. Polak]" (document #9) filed April 25, 2013. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: April 29, 2013

David S. Cayer
United States Magistrate Judge