IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:13-mc-44-MOC-DSC

IN RE SUBPOENA TO ALSTON & BIRD LLP )
) **ORDER**

**THIS MATTER** is before the Court on the April 15, 2013 "Order" (document # 4). In that Order, the Court ordered Heckler & Koch, Inc. to pay German Sport Guns GmbH ("GSG") and American Tactical Imports, Inc. ("ATI") the reasonable expenses incurred in obtaining the Order, including attorneys' fees, and directed that such amount would be established by the Court after reviewing an affidavit submitted by GSG's and ATI's counsel. The Affidavit of Jason M. Sneed was filed on April 27, 2013 (document #10).

The Court has carefully examined the Affidavit, as well as Heckler & Koch, Inc.'s "Opposition to Award of Costs and Fees to Parties GSG and ATI in Connection with Non-Party Subpoena" (document #6), and orders that reasonable attorneys' fees and costs be allowed in the amount of $1,500.00.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

_____
David S. Cayer
United States Magistrate Judge